**AABR Business Bulletin (V. 50/N. 99)**
**September 1, 2004**

**III. Federal Government**
. *DOJ* has opened a broad criminal investigation of the medical supply industry to determine whether Medicare and other state & federal health program are being overcharged for goods like rubber gloves, drugs, & X-ray machines.
   . Monsanto said *DOJ* had closed its inquiry into possible antitrust practices in the herbicide industry, requiring no action on its part.
   . *DOJ* launched a grand jury investigation to determine whether allegations of widespread fraud at Career Education, operator of 81 for-profit colleges, merit criminal charges. More than half of its annual revenue of $1.2 billion comes from federal loans.

. Since 2001, Pres. Bush's tax cuts have shifted tax payments from the richest Americans to a wide swath of middle-class families, the *CBO* has found.
   . *CBO* found that the wealthiest 20% whose incomes averaged $182,700 in 2001, saw their share of federal taxes drop from 64.4% of total tax payment in 2001, to 63.5% this year.
   . Over the same period, taxpayers with incomes from around $51,500 to around $75,600 saw their share of federal tax payment increase. Households earning around $75,600 saw their tax burden jump the most, from 18.7% of all taxes to 19.5%.

. US consumer prices dropped in July, marking the firs decline in 8 months said *DOL* that appeared to support the *Federal Reserve's* view about higher than expected inflation.
   . *Federal Reserve* Alan Greenspan called for early initiative to address the economic effects of retirement of the baby boomer generation to smooth the transition to a new balance of workers & retirees.

. *SEC* sued *Sterling Waters Group* and its president for allegedly defrauding investors sending out quarterly statements to clients that showed balances though it was insolvent as of Q3 2003.
   . *Tysons Food* said *SEC* plans to seek a civil enforcement action and impose monetary penalties against it over benefits paid to some executives.
   . *SEC* ordered mutual funds to stop paying higher commissions to brokers who promote the companies' funds. It also required portfolio managers to reveal investments in funds they supervise.
   . *Freddie Mac* said it may face civil action from *SEC*.

. *AABR* stands by what it said about the people at *SBA* in the *July 1 issue* of the <u>Bulletin</u> which it got from a reliable source.
   . No threat of a lawsuit or an actual lawsuit will intimidate AABR from backing off its expose' of "waste, fraud & abuse" involving federal employees. *It is our money* and we will protect it. Public interest takes precedence over an individual's self-interest.
   . The person who threatened a lawsuit is skating on thin ice. I'm not going away. I will see *her* in court *anytime* she decides to go that route. I look forward to it. Her lawyer demands "a retraction of the defamatory statements and compensation for damages" she suffered? Da! Worst combination: dumb and money-hungry. *What was written about her is public knowledge at SBA.* She is getting no money from AABR, and she just opened Pandora's box on her case. For someone who started as a secretary she has gone far, but maybe too far… She just prodded us to investigate her further to see where she came from, how she got where she is, whether she is *overrated and overpaid*. If she is, she has to return what was overpaid. *That's our money. Stay tuned!*
   . If she doesn't want to be scrutinized, she should stay in the private sector. However, I don't know if she could find an outfit out there willing to pay her what she is currently making *at our expense*.
   . There is nothing personal nor malicious intent in this expose'. A public servant cannot claim immunity from public scrutiny when taxpayers' money is concerned. The <u>Bulletin</u> is just a vehicle to protect our money.
   . To be a public servant is not to be above reproach, by shooting down the messenger with negative information, especially with today's horror stories, e.g., contract irregularities, personal use of Govt. credit cards, graduate degrees from unaccredited institutions, etc.
   . If mistakes were made (no one is infallible), they will be acknowledged, apologies made, and corrections put in place.