UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
BRIDGET ELLEN BEAN,                          )
                                             )
          Plaintiff,                         )
                                             )
v.                                           ) C.A. NO. 04-1713 PLF/DAR
                                             )
RAWLEIN G. SOBERANO, Ph.D., *et al.*,        )
                                             )
          Defendants.                        )
_____)

**PLAINTIFF'S NOTICE TO THE COURT**

NOTICE IS HEREBY GIVEN that on May 9, 2007, a jury empaneled in *Bean v. Gutierrez*, C.A. No. 05–4732, in the Superior Court of the District of Columbia entered a verdict in favor of plaintiff Bridget Bean in the amount of $75,000 on her claims of false light invasion of privacy. After hearing the evidence and prior to instructing the jury, Superior Court Judge Judith Retchin found that Bean was a "worker bee" and ruled as a matter of law that Ms. Bean was *not* a "public official" for the purposes of *New York Times v. Sullivan*, 376 U.S. 254 (1964). Rawlein Soberano, defendant in this case, testified that Mr. Gutierrez was the source of the story he printed in the July 1, 2004 issue of the Asian-American Business Roundtable Newsletter.

                                          Respectfully submitted,

                                          _____/S/_____
                                          John F. Karl, Jr. 292458
                                          Karl & Tarone
                                          900 17th Street, N.W.
                                          Suite 1250
                                          Washington, D.C. 20006
                                          (202) 293-3200
                                          Counsel for Plaintiff